PORTO RICAN AMERICAN TOBACCO CO., PROSECUTOR, v. ESSEX COUNTY BOARD OF TAXATION ET AL., DEFENDANTS.

Submitted May 2, 1939—Decided July 11, 1939.

Before Justices PARKER, BODINE and PERSKIE.

For the prosecutor, *Edward E. Barker.*

For the defendants, *James F. X. O'Brien.*

PER CURIAM.

The judgment under review will be set aside for the reasons stated in *Duke Power Co.* v. *The Essex County Board of Taxation and the City of Newark,* 122 *N. J. L.* 589.